respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GRAB v. HUDSON et al. (Supreme Court, Appellate Division, First Department. February 18, 1910.) Appeal from Trial Term, New York County. Action by Maximilian Grab against Charles L. Hudson and others. From a judgment for plaintiff, and from an order denying a motion for a new trial, defendants appeal. Reversed. J. G. Saxe, for appellants. L. Fridiger, for respondent.

PER CURIAM. The judgment and order appealed from are reversed, and a new trial ordered, with costs to appellants to abide event, on the ground that the verdict is against the weight of evidence.

CLARKE, J., dissents, on the ground that it was a pure question of fact, which was for the jury.

GRANT, Appellant, v. NATIONAL RY. SPRING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Action by Frank Grant against the National Railway Spring Company. No opinion. Judgment and order affirmed, with costs, on opinion of Chester, J., on former appeal in same case, reported at 86 App. Div. 593, 83 N. Y. Supp. 1021.

GRAY, Respondent, v. NEW YORK, N. H. & H. R. Co., Appellant, et al. (Supreme Court, Appellant Division, Second Department. March 4, 1910.) Action by William B. Gray against the New York, New Haven & Hartford Railroad Company and another. No opinion. Judgment and order unanimously affirmed, with costs.

GREEN, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Patrick F. Green against the Long Island Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 131 App. Div. 277, 115 N. Y. Supp. 590.

In re GREENBAUM. (Supreme Court, Appellate Division, First Department. March 31, 1910.) In the matter of the application of Max A. Greenbaum for a writ of certiorari to Theodore A. Bingham, as Police Commissioner, etc. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

GREENBERG, Respondent, v. GREENBERG, Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Max Greenberg against Rose Greenberg. W. A. Purrington, for appellant. I. N. Jacobson, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 134 App. Div. 419, 119 N. Y. Supp. 227.

GREENE, Respondent, v. GREENE, Appellant. (Supreme Court, Appellate Division, First Department. October, 1909.) Action by Headley M. Greene against Hattie A. Greene.

PER CURIAM. Order modified, as stated in memorandum, and, as modified, affirmed, without costs. Settle order on notice.

GRUNER, Respondent, v. RUFFNER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 3, 1910.) Action by Elizabeth Gruner against Ernest L. Ruffner and others. For former opinion, see 119 N. Y. Supp. 942. See, also, 59 Misc. Rep. 266, 110 N. Y. Supp. 873.

PER CURIAM. Motion ·for reargument denied, without costs. Motion for leave to appeal to Court of Appeals granted. Settle order before Mr. Justice SPRING on two days' notice.

GUERNSEY et al., Appellants, v. DEXTER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Action by Charles Guernsey and others against Edward W. Dexter and another.

PER CURIAM. Interlocutory judgment reversed, with costs, and demurrer overruled, with costs, with leave to the defendants to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal. Held, that the other tenants in common are not necessary parties plaintiff.

McLENNAN, P. J., and ROBSON, J., dissent.

GUGINO et al. v. BUFFALO NATURAL GAS FUEL CO. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) In the matter of the application of Antonino Gugino and Natale Gugino for writ of mandamus against the Buffalo Natural Gas Fuel Company. No opinion. Order affirmed, with costs.

HAFNER, Respondent, v. MECHANICS' & TRADERS' REALTY CO., Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Adam J. Hafner against the Mechanics' & Traders' Realty Company. J. A. Seidman, for appellant. H. Swain, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HAKKANAU, Respondent, v. PROCTOR & GAMBLE CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 18, 1910.) Action by Adolph Hakkanau against the Proctor & Gamble Company. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with costs, on account of insufficiency of the moving papers and inadequacy of terms, with leave to plaintiff to renew his motion.

HALL, Appellant, v. CAYUGA LAKE CEMENT CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 9,

1910.) Action by Lida A. Hall, as administratrix, etc., of Bert J. Hall, deceased, against the Cayuga Lake Cement Company.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG, J., dissents.

HALLHEIMER v. BLOCH et al. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Appeal from Special Term, New York County. Action by Max Hallheimer against Morris.Bloch and another. From an order granting defendants' motion to strike parts of the complaint, plaintiff appeals. Modified and affirmed. See, also, 120 N. Y. Supp. 1140. F. A. McCloskey, for appellant. Gordon S. P. Kleeberg, for respondents.

DOWLING, J. Plaintiff brings this action to establish his lien as an attorney upon the proceeds of certain judgments upon a trial and upon appeal, in an action wherein Gustav Bloch was plaintiff and Morris Bloch was defendant, and wherein he was the attorney for Gustav Bloch. He further asks for judgment for the value of such services as he performed for Gustav Bloch apart from the services rendered in said action. The order, from which the present appeal is taken, directed the striking out of certain portions of the complaint herein as immaterial, irrelevant, incompetent, redundant, and scandalous. We are of the opinion that some of the matter stricken out was properly pleaded, and should have been allowed to remain, as it was essential to the proper setting forth of the plaintiff's cause of action. The order appealed from will therefore be modified, by allowing the eighth paragraph of the complaint to remain as originally pleaded, with the exception of the words: "Thereby conclusively establishing the fact that the said claim of the said Gustav Bloch was a valid claim, that the defense of payment was a false defense, and that there was no settlement of the case, and such consent to discontinue, a mere contrivance to cheat and defraud and deceive in establishing the plaintiff's lien." The order is also modified by allowing the ninth and eleventh paragraphs to remain as originally pleaded. As thus modified, the order appealed from will be affirmed, with $10 costs and disbursements to the appellant. All concur.

HALLOCK, Appellant, v. EAST BRANCH LUMBER CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by William H. Hallock against the East Branch Lumber Company.

PER CURIAM. Judgment unanimously affirmed, with costs.

SEWELL, J., not sitting.

HALPERT, Respondent, v. APPELBAUM, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1910.) Action by Max Halpert against Max Appelbaum. No opinion. Judgment of the Municipal Court affirmed, with costs.

HAMELL, Appellant, v. DE VINNE, Respondent. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Henry W. Hamell against Frank P. De Vinne.

PER CURIAM. Judgment affirmed, with costs.

SMITH, P. J., and COCHRANE, J., dissent.

HAMMOND, Appellant, v. CHARLES GOELL CONST. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Browne C. Hammond against the Charles Goell Construction Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

HAMMOND, Respondent, v. UNION BAG & PAPER CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Clarence Hammond against the Union Bag & Paper Company. No opinion. Motion denied. See, also, 120 N. Y. Supp. 652.

HANNA, Respondent, v. SORG, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by William E. Hanna against S. Jennie Sorg. No opinion. Judgment and order unanimously affirmed, with costs.

HARLOW, Respondent, v. HAINES et al., Appellants. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by George R. Harlow against Charles H. Haines and another. J. A. Burdeau, for appellants. G. D. Zahm, for respondent. No opinion. Judgment (63 Misc. Rep. 98, 116 N. Y. Supp. 449) affirmed, with costs, with leave to defendants to withdraw demurrer and to answer on payment of costs. Order filed.

HARRINGTON, Respondent, v. WELCH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by James H. Harrington against John Welch and another.

PER CURIAM. Interlocutory judgment, so far as appealed from, reversed, with costs of the appeal, and judgment modified, by striking out that part which makes the costs allowed the defendants abide the event of the action, and by providing that costs of the defendants be taxed by the clerk of the county of Chautauqua.

HARSELL, Respondent, v. TOWNSEND, Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Blaize L. Harsell against Charles D. Townsend. C. D. Van Name, for appellant. R. B. Honeyman, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HAYES v. BORDEN. (Supreme Court, Appellate Term, February 18, 1910.) Appeal from